UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUREKA HOPSON,                )
                              )
    Plaintiff,                )
                              )
    v.                        )     Civil Action No. 12-1449 (RJL)
                              )
FEDERAL BUREAU OF PRISONS,    )
                              )
    Defendant.                )

### ORDER

For the reasons stated in the accompanying Memorandum, it is this 9th day of January, 2013,

**ORDERED** that defendant's motion to dismiss [Dkt. # 9] is **GRANTED** as conceded; and it is further

**ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge